NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

19-661

STATE OF LOUISIANA

VERSUS

ROBERT REICH

************

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 19-02837
HONORABLE GEORGE C. METOYER, DISTRICT JUDGE

************

**PHYLLIS M. KEATY**
**JUDGE**
************

Court composed of John D. Saunders, Phyllis M. Keaty and Candyce G. Perret, Judges.

**APPEAL DISMISSED.**

**David E. Stone**
**Assistant District Attorney**
**701 Murray Street, Suite 304**
**Alexandria, Louisiana  71301**
**(318) 473-6650**
**Counsel for Appellee:**
      **State of Louisiana**

**Robert Reich**
**In Proper Person**
**46 Smith Road**
**Forest Hill, Louisiana  71430**
**(318) 451-0095**
**Defendant-Appellant:**
      **Robert Reich**

**Keaty, Judge.**

On January 11, 2019, Defendant-Appellant, Robert Reich, was issued a "UNIFORM TRAFFIC SUMMONS/COMPLAINT AFFIDAVIT" for running a stop sign, a violation of La.R.S. 32:123(B). On July 15, 2019, a trial was held on Defendant-Appellant's traffic violation; consequently, Defendant-Appellant was found guilty as charged. On the same date, Defendant-Appellant was ordered to pay court costs in the amount of one hundred eighty-two dollars and fifty cents ($182.50) with a due date of July 15, 2019. On July 25, 2019, Defendant-Appellant filed a notice of appeal with respect to the trial court's July 15, 2019 ruling.

On September 18, 2019, this court lodged the appeal record in the above-captioned case. On September 20, 2019, this court issued a rule to show cause why the appeal should not be dismissed as non-appealable, since the offense at issue is a misdemeanor. La.Code Crim.P. art. 912.1. Defendant-Appellant was given until October 10, 2019, to respond to this court's rule to show cause.

On October 15, 2019, Defendant-Appellant filed a "MOTION TO ENROLL AS COUNSEL OF RECORD" and a "MOTION, INCORPORATED MEMORANDUM, and ORDER FOR EXTENSION or ENLARGEMENT OF TIME TO FILE RESPONSE TO SHOW CAUSE ORDER" with this court asking for "an extension of time of 30 days within which to file a response to the *sua sponte* Show Cause Order." On October 17, 2019, this court issued the following order:

> On September 20, 2019, this court issued an order directing Defendant-Appellant to file a brief by October 10, 2019, showing cause why the appeal should not be dismissed. On the date the brief was due, Defendant-Appellant mailed a "Motion to Enroll as Counsel of Record" and a motion seeking an extension of the deadline for filing the brief in response to this court's order. As Defendant-Appellant mailed the motion to enroll and motion for extension of the deadline for filing the brief on the day the brief was due, both motions are hereby denied.

Defendant-appellant filed a writ application with this court on November 11, 2019.  Accordingly, the appeal in this case is hereby dismissed.

**APPEAL DISMISSED.**